UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUSA DARAMY, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>ARCTIC STORM MANAGEMENT GROUP LLC, et al.,<br><br>      Defendant. | CASE NO. C21-1431 MJP<br><br>DISMISSAL ORDER |

  The Court having been notified of the settlement of this case, (Dkt. No. 30), and it appearing that no issue remains for the court's determination,

  IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

  In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within sixty (60) days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

  The clerk is ordered to provide copies of this order to all counsel.

DISMISSAL ORDER - 1

1  Dated December 16, 2021.

2

3  Marsha J. Pechman
   United States Senior District Judge

DISMISSAL ORDER - 2