UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Musa Daramy et al., | CASE NO. 21-1431 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| Arctic Storm Management Group LLC, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

Yesterday, June 30, 2022, this Court entered an Order denying Plaintiffs' request to enter judgment as to the offer of judgment made to Sekou Soukouna. (Dkt. No. 100.) The request to enter judgment was made by Plaintiffs in their Motion for Attorney Fees and to Enter Judgment Pursuant to Offers of Judgment. (Dkt. No. 93.) The Court has now entered judgments for the remaining sixteen plaintiffs. (Dkt. Nos. 101-116.) The Court now clarifies that it has reserved ruling as to the issue of attorney fees.

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed July 1, 2022.

Ravi Subramanian  
Clerk of Court

s/ Grant Cogswell  
Deputy Clerk

MINUTE ORDER - 2