1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MUSA DARAMY et al.,

                              Plaintiff,

        v.

ARCTIC STORM MANAGEMENT
GROUP, LLC., et al.,

                              Defendant.

CASE NO. 21-cv-1431

ORDER GRANTING
DEFENDANTS' MOTION TO
CONTINUE TRIAL DATE AND
ASSOCIATED DEADLINES

This matter is before the Court on Defendants' Motion to Continue Trial Date and the

Associated Deadlines. (Dkt. No. 136.) The Court has reviewed the Motion, the docket, and all

supporting material and GRANTS Defendants' Motion.

The Court adjusts the trial date and associated deadlines as follows:

| Deadline | Continued Date |
| --- | --- |
| JURY TRIAL DATE | November 13, 2023 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | June 1, 2023 |
| Discovery completed by | July 5, 2023 |

| | |
|---|---|
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d)) | July 28, 2023 |
| All motions in limine must be filed and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference | October 26, 2023 |
| Agreed Pretrial Order Due | October 30, 2023 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions | October 30, 2023 |
| Pretrial conference | November 1, 2023 at 1:30 pm |

The clerk is ordered to provide copies of this order to all counsel.

Dated December 15, 2022.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE TRIAL DATE AND ASSOCIATED DEADLINES - 2