UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUSA DARAMY et al.,<br><br>                Plaintiff,<br><br>     v.<br><br>ARCTIC STORM MANAGEMENT GROUP, LLC, et al.,<br><br>                Defendants. | CASE NO. 21-1431<br><br>ORDER GRANTING DEFENDANTS' MOTION TO STAY PENDING APPEAL |

      This matter comes before the Court on Defendants' Renewed Motion to Stay Pending Appeal. The Court has reviewed the following filings by the Parties:

    1.  Defendants' Motion to Stay Pending Appeal (Dkt. No. 138)

    2.  Declaration of Tauni Ness with Exhibit (Dkt. No. 138)

    3.  Plaintiffs' Response (Dkt. No. 142)

    4.  Defendants' Reply (Dkt. No. 143)

      Having reviewed the briefings and all supporting documents, the Court hereby exercises its discretion under Federal Rule of Civil Procedure 62(h) and stays enforcement of the

Judgments (Dkt. Nos. 101-116) and the attendant award of attorneys' fees and costs (Dkt. No. 122) pending the outcome of the appeal to the Ninth Circuit Court of Appeals. The Court finds that a supersedeas bond compliant with Local Rule of Civil Procedure 65.1(b) in the amount of $250,000.00 is adequate security for the judgments, and attorneys' fees and costs derivative of same, and upon posting of said bond stays enforcement of the Judgments and attorneys' fees and costs order upon posting of same. Defendants shall have fourteen (14) days from the date of this Order to file this bond.

IT IS SO ORDERED.

The clerk is ordered to provide copies of this order to all counsel.

Dated December 16, 2022.

Marsha J. Pechman
United States Senior District Judge