UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUSA DARAMY, et al.,<br><br>           Plaintiff,<br><br>v.<br><br>ARCTIC STORM MANAGEMENT GROUP, LLC, et al.,<br><br>           Defendant. | CASE NO. 2:21-cv-1431<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND SUPERSEDEAS BOND DATE |

    This matter is before the Court on the Parties' Stipulated Motion to Extend the deadline to file the supersedeas bond (Dkt. No. 148). The Court reviewed the Motion and GRANTS the extension.

    IT IS SO ORDERED that the deadline for filing the supersedeas bond identified in the Court's Order of December 16, 2022 (Dkt. No. 146) is extended from December 30, 2022 to February 15, 2023.

//

//

1      The clerk is ordered to provide copies of this order to all counsel.

2      Dated January 5, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge