UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUSA DARAMY et al.,<br><br>          Plaintiff,<br><br>   v.<br><br>ARCTIC STORM MANAGEMENT GROUP, LLC, dba Arctic Fjord, Inc.,<br><br>          Defendant. | CASE NO. 21-cv-1431<br><br>ORDER GRANTING PLAINTIFFS SEKOU SOUKOUNA, AMGAD MOHAMED, MACIRE DIABY, AND ABDUL UMAMA COUNSELS' MOTION FOR LEAVE TO WITHDRAW |

    This matter is before the Court on Plaintiffs Sekou Soukouna, Amgad Mohamed, Macire Diaby, and Abdul Umama counsels' Motion for Leave to Withdraw pursuant to Local Rule 83.2(b)(1). The Court having considered the Motion, the supporting documents, and all other relevant material, GRANTS Plaintiffs counsels' request.

//

//

//

ORDER GRANTING PLAINTIFFS SEKOU SOUKOUNA, AMGAD MOHAMED, MACIRE DIABY, AND ABDUL UMAMA COUNSELS' MOTION FOR LEAVE TO WITHDRAW - 1

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated February 15, 2023.

3   
        *(signature)*

4   Marsha J. Pechman
    United States Senior District Judge

ORDER GRANTING PLAINTIFFS SEKOU SOUKOUNA, AMGAD MOHAMED, MACIRE DIABY, AND ABDUL UMAMA COUNSELS' MOTION FOR LEAVE TO WITHDRAW - 2