THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Musa Daramy,<br>Amara Diagouraga,<br>Amara Soukouona,<br>Amadou Diallo,<br>Alhaji Kabba,<br>Abdul Wahab Umama,<br>Muhamadou Touray,<br>Ibrahim Keita,<br>Bakary Maro Drame,<br>Deba Traore,<br>Sekou Soukouna,<br>Ibrahima Fadiga,<br>Yacouba Kone,<br>Daniel Luai,<br>Amgad Mohamed,<br>Mohamed Ali,<br>Macire Diaby,<br>Mahamdou Soukouna,<br>Mamadi Camara,<br>Mamadou Sissoko,<br>Demba Kebe,<br>          Plaintiffs,<br><br>          v.<br><br>Arctic Storm Management Group, LLC,<br>dba/and Arctic Fjord, Inc.<br><br>          Defendant(s) | Cause No.: 2:21-cv-01431-MJP<br><br>**SATISFACTION OF JUDGMENTS**<br><br>**(CLERK'S ACTION REQUIRED)** |

SATISFACTION OF JUDGMENTS
Cause No.: 2:21-cv-01431-MJP
PAGE 1

REBA WEISS
WEISS LAW FIRM PLLC
1833 N. 105th St., Ste. 101
Seattle, WA 98133
(206) 612-3736

Come now Plaintiffs Musa Daramy, Amara Diagouraga, Amara Soukouna, Amadou Diallo, Alhaji Kabba, Muhamadou Touray, Ibrahim Keita, Bakary Maro Drame, Demba Traore, Ibrahima Fadiga, Yacouba Kone, Daniel Luai, Muhamadou Soukouna, Mamadi Camara, Mamadou Sissoko, and Dembe Kebe, by and through their attorneys of record, and hereby declare that the Judgments (Dkt. Nos. 100 – 116) and Attorneys' Fees and Costs Award (Dkt. No. 122) entered in this matter are fully and completely satisfied.

Satisfaction of the Judgments is hereby acknowledged and the Clerk of the Court is authorized and directed to enter a record of the Satisfaction of Judgments and Attorneys' Fees and Costs Award accordingly.

DATED this _27th_ day of February 2023.

*s/Reba Weiss*
Reba Weiss, WSBA #12876
Weiss Law Firm PLLC
1833 N. 105th St., Ste. 101
Seattle, WA 98133
Telephone (206) 612-3736
E-mail: rebalaw1@gmail.com

*s/Gordon Webb*
Gordon C. Webb, WSBA # 22777
225 106th Avenue NE
Bellevue, WA 98004
Telephone 425.454.3800
Facsimile  425.307.6449
E-mail: Gordon@webblawfirm.net

*s/Anthony Ginster*
Anthony Ginster, WSBA # 19310
225 106th Avenue NE
Bellevue, WA 98004
Telephone 425.462-8240
Facsimile  425.462-9660

SATISFACTION OF JUDGMENTS
Cause No.: 2:21-cv-01431-MJP
PAGE 2

REBA WEISS
WEISS LAW FIRM PLLC
1833 N. 105th St., Ste. 101
Seattle, WA 98133
(206) 612-3736

E-mail: Aginster@msn.com

Attorneys for Plaintiffs Musa Daramy, Amara Diagouraga, Amara Soukouna, Amadou Diallo, Alhaji Kabba, Muhamadou Touray, Ibrahim Keita, Bakary Maro Drame, Demba Traore, Ibrahima Fadiga, Yacouba Kone, Daniel Lual, Muhamadou Soukouna, Mamadi Camara, Mamadou Sissoko, and Dembe Kebe.

SATISFACTION OF JUDGMENTS  
Cause No.: 2:21-cv-01431-MJP  
PAGE 3

REBA WEISS  
WEISS LAW FIRM PLLC  
1833 N. 105th St., Ste. 101  
Seattle, WA 98133  
(206) 612-3736

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day s/he caused to be served in the manner(s) noted below, a copy of the document to which this certificate is attached, on the following counsel of record:

David C. Bratz, WSBA#15235
Carey M.E. Gephart, WSBA 37106
4025 Delridge Way S.W. Suite 500
Seattle, WA 98106
Telephone: 206-233-2826
Telephone: 206-467-2821
Fax:  206-467-4828
Email:  dbratz@legros.com
           cgephart@legros.com

☐ Via U.S. Mail
☐ Via Email
☒ **Via ECF Filing**
☐ Via Hand Delivery

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct this _27th_ day of February, 2023.

_s/Reba Weiss_____
Signed at Seattle, Washington

SATISFACTION OF JUDGMENTS
Cause No.: 2:21-cv-01431-MJP
PAGE 4

REBA WEISS
WEISS LAW FIRM PLLC
1833 N. 105th St., Ste. 101
Seattle, WA 98133
(206) 612-3736